UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS JIMENEZ, | No. 2:15-cv-0260 KJN P |
| Petitioner, | |
| v. | ORDER |
| RAFAEL ZUNIGA, | |
| Respondent. | |

Petitioner is a federal prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 25, 2015, the undersigned ordered respondent to file a response to the petition within thirty days. Thirty days passed and respondent did not file a response.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days of the date of this order, respondent shall show cause why sanctions should not be imposed for his failure to comply with the March 25, 2015 order;

////

////

---

[1] In the March 25, 2015 order, the undersigned granted petitioner's motion for expedited resolution of his petition on grounds that his mandatory release date of May 24, 2015, was fast approaching.

1

2. The Clerk of the Court is directed to serve a copy of this order on the United States Attorney.

Dated:  April 30, 2015

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jim260.osc